UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PACIFIC RIM TRADERS, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES CUSTOMS AND BOARDER PROTECTION, et al.,<br><br>　　　　　Defendants. | Case No. 24-cv-08022-AMO<br><br>**ORDER TO SHOW CAUSE WHY TEMPORARY RESTRAINING ORDER SHOULD NOT BE DENIED AS MOOT**<br><br>Re: Dkt. No. 5 |

Before the Court is Plaintiff The Pacific Rim Traders, LLC's motion for temporary restraining order. Plaintiff seeks to enjoin United States Customs and Border Protection ("CBP") from drawing against customs bond number 991414325 (surety reference 5550976) issued by Lexon Insurance Company. The Declaration of Raymond Fung, Plaintiff's representative, states that CBP was scheduled to draw on the bond on November 15, 2024. *See* ECF 1-3.

The Court hereby **ORDERS PLAINTIFF TO SHOW CAUSE** why this motion for temporary restraining order should not be denied as moot. Plaintiff's response must be filed by no later than **noon on Monday, November 25, 2024**.

Plaintiff's counsel shall file a declaration in conjunction with the show cause response, and such declaration shall state what actions counsel has taken to notify CBP of the motion for temporary restraining order and effectuate service of process.

**IT IS SO ORDERED.**

Dated: November 21, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　**ARACELI MARTÍNEZ-OLGUÍN**
　　　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**