UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PACIFIC RIM TRADERS, LLC, <br><br>Plaintiff, <br><br>v. <br><br>UNITED STATES CUSTOMS AND BORDER PROTECTION, et al., <br><br>Defendants. | Case No. 24-cv-08022-AMO <br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

On November 15, 2024, Plaintiff Pacific Rim Traders, LLC ("Pacific Rim") filed a complaint against Defendants U.S. Customs and Border Protection and Lexon Insurance Company. ECF 1. On November 21, 2024, Pacific Rim refiled its complaint due to a previous electronic filing error, ECF 4, and filed a motion for temporary restraining order ("TRO"), ECF 5. That same day, the case was reassigned to this Court, which issued an order to show cause why the TRO should not be denied as moot, ECF 8. As no response to the show cause order was filed, the Court denied the TRO on December 3, 2024. ECF 9. On February 25, 2025, the Court ordered Pacific Rim to show cause why the action should not be dismissed for failure to timely serve Defendants. ECF 10. The deadline to respond was March 14, 2025. As of the date of this Order, no response has been filed, nor has there been any activity registered on the docket. The Court therefore **DISMISSES** the case **WITHOUT PREJUDICE** for failure to serve Defendant pursuant to Federal Rule of Civil Procedure 4(m).

**IT IS SO ORDERED.**

Dated: June 3, 2025

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**